AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Mario Antwan Lloyd,<br>*Plaintiff*<br>v.<br>Simon Major, Director; Daryl McGhaney, Asst. Director (Major); Captain Theresa Ray-Lee; Captain Gillard; Lieutenant C. Kelley; Sergeant Cusandra F. Wilson; Sergeant James; and Sergeant Shirah,<br>*Defendants* | Civil Action No.   1:14-cv-04666-RBH |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus post-judgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Mario Antwan Lloyd, shall take nothing of the defendants, Simon Major, Daryl McGhaney, Captain Theresa Ray-Lee, Captain Gillard, Lieutenant C. Kelley, Sergeant Cusandra F. Wilson, Sergeant James, and Sergeant Shirah, as to the complaint filed and this action is dismissed with prejudice for lack of prosecution and for failure to comply with this court's orders pursuant to Rule 41(b).

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable R. Bryan Harwell, United States District Judge, having adopted the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which dismissed the case with prejudice.

Date:  May 26, 2015

ROBIN L. BLUME, CLERK OF COURT

s/G. Mills

*Signature of Clerk or Deputy Clerk*